| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorman, Mary P. | Central District of Illinois | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

600 East Monroe Street #234
Springfield, Illinois
62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1. |
| 2. | Trustee | Trust #2. |
| 3. | Board member and treasurer | Homeowners Association, Illinois. Non-profit corporation. |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nuveen Municipal Market Opportunity Fund, Inc. | B | Dividend | K | T | | | | | |
| 2.          Trust #1 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 3.          Trust #1 - Whole life policy with Gen. Amer. Life | A | Int./Div. | K | T | | | | | |
| 4.          Trust #2 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 5.          Trust #2 - Whole life. policy with Gen Amer. Life | C | Int./Div. | N | T | | | | | |
| 6. Whole life ins. Policy with Northwestern Mutual Life Ins. | | None | K | T | | | | | |
| 7. Artio Glob Invt Fd Intl Eq (JETIX) f/k/a Artio Intl Eq Fd | B | Dividend | K | T | | | | | |
| 8. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 9. | | | | | Sold (part) | 08/28/12 | K | A | |
| 10. | | | | | Sold (part) | 08/31/12 | J | A | |
| 11. Legg Mason Value Trust Fund (LMNVX) | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 12. Goldman Sachs Tr. Finl. Square Mmkt. Fund (FSMXX) | A | Dividend | K | T | | | | | |
| 13. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 14. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 15. | | | | | Sold (part) | 10/12/12 | J | A | |
| 16. Advisors Inner Circle Fund (AEMGX) | B | Dividend | J | T | | | | | |
| 17. | | | | | Buy (add'l) | 03/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/28/12 | J | A | |
| 19. JP Morgan/Chase - Checking account | | None | L | T | | | | | |
| 20. JP Morgan/Chase - Money market account | A | Interest | K | T | | | | | |
| 21. Lord Abbett High Yield Muni Bond Fd (HYMAX) | B | Dividend | K | T | | | | | |
| 22. Del. Grp Adviser FDS Inc US Growth Fd (DEUIX) | A | Dividend | K | T | | | | | |
| 23. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 24. | | | | | Sold (part) | 08/28/12 | J | A | |
| 25. DWS Dreman Small Cap Value Fund (KDSSX) | A | Dividend | J | T | | | | | |
| 26. | | | | | Sold (part) | 08/28/12 | J | A | |
| 27. Park Ave Emerging Markets Fund (GBEMX), f/k/a RS Invst. Fund | A | Dividend | J | T | | | | | |
| 28. John Hancock Classic Value Fund (JCVIX) | A | Dividend | J | T | | | | | |
| 29. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 30. | | | | | Sold (part) | 08/28/12 | J | A | |
| 31. Harbor International Fund (HAINX) | A | Dividend | K | T | | | | | |
| 32. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 33. Hotchkis & Wiley Mid Cap Value Fund (HWMIX) | A | Dividend | J | T | | | | | |
| 34. | | | | | Buy (add'l) | 03/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/28/12 | J | A | |
| 36. Oppenheimer Intl Growth Fund (OIGYX) | A | Dividend | K | T | | | | | |
| 37. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 38. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 39. Security Equity Mid Cap Value Fund (SEVAX) | B | Dividend | J | T | | | | | |
| 40. Touchstone Large Cap Growth Fund (RPMGX) | A | Dividend | K | T | | | | | |
| 41. Wells Fargo Small Cap Growth Fund (WMNIX) n/k/a WF Emerging | A | Dividend | K | T | | | | | |
| 42. Pacific One Annuity Contract | | None | | | Sold | 02/28/12 | K | B | |
| 43. Morgan Stanley Bank Money Market Fund | A | Dividend | K | T | | | | | |
| 44. Ivy Glob Natl Resources A (IGNAX) | A | Dividend | | | Sold | 05/09/12 | J | A | |
| 45. Alger Small Midcap Growth A (ALMAX) | B | Dividend | J | T | | | | | |
| 46. | | | | | Buy (add'l) | 01/11/12 | J | | |
| 47. Ivy Asset Strategy A (WASAX) | A | Dividend | J | T | | | | | |
| 48. Royce Low-Priced Stock Svc (RYLPX) | B | Dividend | J | T | | | | | |
| 49. | | | | | Buy (add'l) | 01/11/12 | J | | |
| 50. IShares S&P Growth Index (IVW) | A | Dividend | K | T | | | | | |
| 51. IShares S&P 500 Value Index (IVE) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harbor Fund Cap Apprec Fd (HACAX) | A | Dividend | J | T | | | | | |
| 53. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 54. Pimco Commod Real Return Strat Fd (PCRIX) | A | Dividend | J | T | | | | | |
| 55. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 56. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 57. AIM Global Real Estate Fd Cl Y (ARGYX) | A | Dividend | J | T | | | | | |
| 58. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 59. | | | | | Sold (part) | 08/28/12 | J | A | |
| 60. Morgan Stanley Instl Fund Mid Cap (MPEGX) | A | Dividend | J | T | | | | | |
| 61. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 62. DWS Enhanced Commodity Strat A (SKNRX) | A | Dividend | | | Sold | 02/23/12 | J | A | |
| 63. Henderson Global Technology A (HFGAX) | A | Dividend | J | T | | | | | |
| 64. DWS Dreman Intl Value A (DNVAX) | A | Dividend | J | T | | | | | |
| 65. MFS Intl New Discovery A (MIDAX) | A | Dividend | J | T | | | | | |
| 66. Wells Fargo Emerg Mkts Eq A (EMGAX) | A | Dividend | J | T | | | | | |
| 67. | | | | | Sold (part) | 08/28/12 | J | A | |
| 68. DWS Enhanced Commodity Strat A (SKSRX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lord Abbeth Short Duration Inc A (LDLFX) | | None | | | Sold | 01/18/12 | J | A | |
| 70. Lord Abbeth Short Duration Inc A (LDLFX) | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 71. Principal Real Estate Sec A (PRRAX) | A | Dividend | J | T | | | | | |
| 72. MFS Equity Opportunities A (SRFAX) | A | Dividend | J | T | | | | | |
| 73. Mgrs AMG Timesq Mid Cap Growth Fd (TMDPX) | A | Dividend | J | T | | | | | |
| 74. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 75. | | | | | Sold (part) | 08/28/12 | J | A | |
| 76. William Blair Funds Intl Growth Fd (BIGIX) | A | Dividend | J | T | | | | | |
| 77. | | | | | Sold (part) | 08/28/12 | J | A | |
| 78. Dreyfus Appreciation Fund (DGAGX) | B | Dividend | J | T | | | | | |
| 79. | | | | | Sold (part) | 08/28/12 | J | A | |
| 80. Keely Funds Small Cap Value Fd (KSCIX) | A | Dividend | J | T | | | | | |
| 81. Sentinal Mutual Funds Small Co. (SIGWX) | A | Dividend | J | T | | | | | |
| 82. | | | | | Sold (part) | 08/28/12 | J | B | |
| 83. | | | | | Sold (part) | 08/30/12 | J | A | |
| 84. Blackrock Energy Res Ptf Inst (SGLSX) | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 85. DWS Rreef Glb Infrastrc S (TOLSX) | A | Dividend | J | T | Buy | 05/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 87. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 88. Columbia Recov & Infrastr Inst (CRIZX) | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 89. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 90. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 91. Delaware Group Equity FDS II Value Fund (DDVAX) | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 92. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 93. RS Invt Tr Emerging Mkts Fund (RSENX) | A | Dividend | J | T | Buy | 03/13/12 | J | | |
| 94. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 95. American Funds Inc New CL F-1 (NWFFX) | A | Dividend | J | T | Buy | 3/13/12 | J | | |
| 96. Pioneer Fund CK-Y (PYODX) | B | Dividend | J | T | Buy | 3/13/12 | J | | |
| 97. TCW Fds Inc. Small Cap Growth Fd (TGSCX) | A | Dividend | J | T | Buy | 3/13/12 | J | | |
| 98. | | | | | Sold (part) | 08/28/12 | J | A | |
| 99. Victory Portfolios Small Co Oppty Fd (VSOIX) | A | Dividend | J | T | Buy | 3/13/12 | J | | |
| 100. First Eagle Funds Sogen Overseas Fund (SGOVX) | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 101. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 102. Eagle Small Cap Growth Fund (HRSCX) | A | Dividend | J | T | Buy | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Artisan Partners Fds Small Cap Fd (ARTSX) | A | Dividend | J | T | Buy | 12/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544